The Honorable Jamal Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MONTHAKARN ARUNDJIT,<br><br>    Plaintiff,<br><br>    v.<br><br>WALMART INC., a foreign profit corporation doing business in Washington; JOHN DOES 1-10; and ABC CORPORATIONS 1-10,<br><br>    Defendants. | NO. 2:23-cv-00840-JNW<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

## **STIPULATION**

Having reached a settlement agreement as to all claims, the parties, Plaintiff MONTHAKARN ARUNDJIT and Defendants WALMART INC., JOHN DOES 1-10, and ABC CORPORATIONS 1-10, by and through their respective attorneys of record, hereby stipulate and agree that this action may be dismissed in its entirety, with prejudice, and without an award of costs and/or attorneys' fees to any party.

//

//

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 1
(2:23-cv-00840-JNW )

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

4903-5282-6883.1

DATED this 4th day of December, 2024.

| LAW OFFICES OF ANNA R. TSEYTLIN, PLLC | WILLIAMS, KASTNER & GIBBS PLLC |
|---|---|
| *s/ Bella A. Maslyak* | *s/Ashley M. Langley* |
| Bella A. Maslyak, WSBA #31849 | Eddy Silverman, WSBA #53494 |
| Alan M. Singer, WSBA #31302 | Ashley M. Langley, WSBA #54032 |
| 6720 Fort Dent Way, Ste 150 | 601 Union Street, Suite 4100 |
| Tukwila, WA 98188 | Seattle, WA 98101-2380 |
| Phone: (425) 524-4600 | Telephone: (206) 628-6600 |
| Fax: (206) 492-7943 | Fax: (206) 628-6611 |
| bmaslyak@tseytlinlaw.com | esilverman@williamskastner.com |
| asinger@tseytlinlaw.com | alangley@williamskastner.com |
| **Attorneys for Plaintiff Monthakarn Arundjit** | **Attorneys for Defendant Walmart Inc.** |

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 2
(2:23-cv-00840-JNW )

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

4903-5282-6883.1

## ORDER OF DISMISSAL

THIS MATTER having come before the Court by way of a stipulated motion by the parties, Plaintiff MONTHAKARN ARUNDJIT and Defendants WALMART INC., JOHN DOES 1-10, and ABC CORPORATIONS 1-10, to dismiss all claims against Defendants with prejudice and without costs and/or attorneys' fees to any party, and the Court being fully advised, it is now ORDERED as follows:

All claims against Defendants are hereby dismissed with prejudice and without costs and/or attorneys' fees as to any party.

IT IS SO ORDERED BY THE COURT.

DATED this 5th day of December, 2024.

Jamal N. Whitehead
United States District Judge

Presented by:

| LAW OFFICES OF ANNA R. TSEYTLIN, PLLC | WILLIAMS, KASTNER & GIBBS PLLC |
|---|---|
| s/ Bella A. Maslyak | s/Ashley M. Langley |
| Bella A. Maslyak, WSBA #31849 | Eddy Silverman, WSBA #53494 |
| Alan M. Singer, WSBA#31302 | Ashley M. Langley, WSBA #54032 |
| **Attorneys for Plaintiff Monthakarn Arundjit** | **Attorneys for Defendant Walmart Inc.** |

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 3
(2:23-cv-00840-JNW )

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

4903-5282-6883.1